*In re* AMARI ARABIA ROJAS.

*Número:* TS-7224      *Resuelto:* 9 de diciembre 2005

*Amari Arabia Rojas,* peticionaria; *José M. Montalvo Trías,* director ejecutivo del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Atendida la moción del Colegio de Abogados de Puerto Rico de 14 de octubre de 2005, en la cual se expresa que no existe objeción a la solicitud de baja voluntaria presentada por la Lcda. Amari Arabia Rojas, *ésta se autoriza.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez no intervino.

           *(Fdo.)* Aida Ileana Oquendo Graulau
           *Secretaria del Tribunal Supremo*